1

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE S. MARTIN, | No. C 05-05142 JF (PR) |
| Plaintiff, | |
| vs. | ORDER ADDRESSING PENDING MOTION |
| DEVERIES, et al., | |
| Defendant(s). | (Docket No. 62) |

This complaint was DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g), and judgment entered on June 18, 2009. Accordingly, Plaintiff's motion for summary judgment filed on June 19, 2008, is DENIED.

SO ORDERED.

DATED: 6/27/08

JEREMY FOGEL
United States District Judge

Order Addressing Pending Motion
P:\PRO-SE\SJ.JF\CR.05\Martin142_motion.wpd